IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:13-CV-00420-GCM

| | |
|---|---|
| MARK R. HUMPHRIES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| AT&T CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court for the scheduling of a Judicial Settlement Conference ("JSC"). In their "Certification and Report of Rule 26(F) Conference and Discovery Plan" (document #6), the parties request that the JSC be conducted after an initial round of discovery has been completed.

**IT IS HEREBY ORDERED THAT** the parties' counsel shall contact the undersigned's chambers telephonically to schedule the JSC on or before the earlier of (1) ten (10) days after completion of an initial round of discovery or (2) January 15, 2014.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel; and to the Honorable Graham C. Mullen.

**SO ORDERED**.

Signed: September 6, 2013

David S. Cayer
United States Magistrate Judge