IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-420-GCM

| | |
|---|---|
| MARK R. HUMPHRIES, Plaintiff, | ) ) ) |
| v. | ) ORDER ) |
| AT&T SERVICES, INC., AT&T CORPORATION, and BELLSOUTH TELECOMMUNICATIONS, LLC, Defendants. | ) ) ) ) ) ) |

THIS MATTER IS BEFORE THE COURT ON ITS OWN MOTION. Due to the pending Motion for Summary Judgment, the trial in this matter is RE-SET for **April 13, 2015** in Courtroom #3.

IT IS SO ORDERED.

Signed: December 2, 2014

Graham C. Mullen
United States District Judge